# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4211
Lower Tribunal No. CF22-010183-XX

_____

BRYAN BLACKLOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Dana Y. Moore, Judge.

October 28, 2025

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED